# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Isela V. Marquez, Plenary Co–Guardian of Chloe
Marquez, a disabled person, et al.

                           Plaintiff,

v.                                          Case No.:
                                          1:21–cv–03357
                                          Honorable Mary M.
                                          Rowland

Board of Trustees of the University of Illinois, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 19, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' motion to dismiss [58] is granted without objection. This case is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2), with each party to bear their own costs and fees. Defendants' motion to dismiss [46] is denied as moot. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.