# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Marquez, Plenary Co-Guardian of Chloe Marquez,
a disabled person et al,

Plaintiffs,

v.

Board of Trustees of the University of Illinois,

Defendant.

Case No. 21-cv-03357
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

       which ☐ includes     pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: This case is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

---

This action was (check one):

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion to dismiss.

Date:   5/19/2022            Thomas G. Bruton, Clerk of Court

                                  Dawn A. Moreno, Deputy Clerk